CERTIFICATE OF SERVICE

       I, Joseph A. Pantoja, an Assistant United States Attorney for the Southern District of New York, hereby certify that on August 26, 2008, I caused a copy of the foregoing Consent Motion to Enter Consent Decree to be served upon the following counsel of record for defendant by First Class Mail:

       Alex Smith
       Corporation Counsel
       City of Middletown
       16 James Street
       Middletown, New York  10940


Dated:     New York, New York
            August 26, 2008


                                          /s/    Joseph A. Pantoja
                                         JOSEPH A. PANTOJA